Aaron ROBINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103301

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: February 28, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 10, 2017

Application for Transfer Denied June 27, 2017

Andrew E. Zleit, St. Louis, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

Aaron C. Robinson ("Movant") appeals from the judgment of the Circuit Court of the City of St. Louis denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Movant claims the motion court clearly erred in denying his motion because trial counsel was ineffective for failing to request a modification to the self-defense jury in-

struction to include language hypothesizing the existence of "multiple assailants."

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).